642

No. 400.  HERNDON v. PULASKI COUNTY.  November 7, 1938.  Petition for writ of certiorari to the Supreme Court of Arkansas, and motion for leave to proceed herein on the typewritten record, denied.  *Mr. Will G. Akers* for petitioner.  No appearance for respondent.

No. 303.  ARTHUR C. HARVEY CO. v. UNITED STATES. November 7, 1938.  Petition for writ of certiorari to the Court of Claims denied.  *Mr. O. Walker Taylor* for petitioner.  *Solicitor General Jackson, Assistant Attorney General Morris,* and *Mr. Sewall Key* for the United States.

No. 365.  STANDARD EDUCATION SOCIETY ET AL. v. FEDERAL TRADE COMMISSION.  November 7, 1938.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  *Mr. Henry Ward Beer* for petitioners.  *Solicitor General Jackson, Assistant Attorney General Arnold,* and *Messrs. Hugh B. Cox, Robert L. Stern, W. T. Kelley, Martin A. Morrison,* and *James W. Nichol* for respondent.

No. 370.  EMERSON v. COMMISSIONER OF INTERNAL REVENUE.  November 7, 1938.  Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.  *Mr. Sigurd A. Emerson, pro se.  Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Berryman Green* for respondent.

No. 376.  COOPER v. O'CONNOR ET AL.  November 7, 1938.  Petition for writ of certiorari to the Court of Ap-